IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY LEE STONE,

    Petitioner,                      No. 2:11-cv-1605 KJN P

    vs.

WARDEN KNIPP,

    Respondent.                  <u>ORDER</u>

_____/

        Respondent requested an extension of time to file a reply to petitioner's opposition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's October 11, 2011 request for extension of time is granted; and

        2. Respondent shall file a reply on or before October 25, 2011.

DATED: October 12, 2011

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

ston1605.111